IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH STANLEY,

    Plaintiff,                    No. 2:09-cv-3353 KJN P

    vs.

DEUEL VOCATIONAL INSTITUTION
MEDICAL FACILITY,

    Defendant.               ORDER
_____/

        By order February 22, 2010, plaintiff's complaint was dismissed and he was granted thirty days to file an amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

DATED: April 27, 2010

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

stan3353.dsm

---

[1] This case is before the undersigned pursuant to plaintiff's consent. Dkt No. 6.

1